PROB 12C
(7/93)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: June 22, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Carlos Baeza-Rosales     Case Number: 2:09CR00114-001

Current Address of Offender: Spokane County Jail, Spokane, WA 99201

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 09/30/2009

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 6 months; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 02/02/2010 |
| Defense Attorney: | Kathleen Moran | Date Supervision Expires: 02/01/2011 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.
 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.
 | **Supporting Evidence**: On or about June 9, 2010, Carlos Baeza-Rosales, a citizen and national of Mexico, who had previously been deported from the United States at El Paso, Texas, on or about February 10, 2010, was found in Grant County, Washington. He did not have the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to apply for reentry into the United States, in violation of 8 U.S.C. 1326.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re:  Baeza-Rosales, Carlos
June 22, 2010
Page 2

          I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 22, 2010

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/22/10

Date